UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALI TAJ BEY,

    Plaintiff,

v.                                Case No: 8:25-cv-1977-WFJ-CPT

CHECKR, INC., UBER TECHNOLOGIES, INC., LEXISNEXIS RISK SOLUTIONS INC., MAPLEBEAR INC., WALMART INC., DOORDASH, INC., MARK GLASS and VICTOR D. CRIST,

    Defendants.
_____/

# O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 87)** that the above-styled action has been settled as to Maplebear Inc. d/b/a Instacart ("Maplebear") only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Maplebear and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Maplebear.

**DONE** and **ORDERED** in Tampa, Florida on September 14, 2025.

                                            s/*William F. Jung*
                                            **WILLIAM F. JUNG**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Plaintiff, *pro se*, and Counsel of Record