**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ALI TAJ BEY,

    Plaintiff,

v.                                     Case No: 8:25-cv-1977-WFJ-CPT

LEXISNEXIS RISK SOLUTIONS INC.,
WALMART INC., MARK GLASS and
VICTOR D. CRIST,

    Defendants.
_____/

**O R D E R**

The Court has been advised by **the Notice of Settlement (Dkt. 106)** that the above-styled action has been settled as to LexisNexis Risk Solutions Inc. only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to LexisNexis Risk Solutions Inc., and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to LexisNexis Risk Solutions Inc.

    **DONE** and **ORDERED** in Tampa, Florida on October 2, 2025.

                                                      s/*William F. Jung*
                                                      **WILLIAM F. JUNG**
                                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:  Counsel of Record and Plaintiff, *pro se*